# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASHLEE ROSETTA PAYNE,**

      **Plaintiff,**

**v.**                                          **Case No: 6:11-cv-2010-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Complaint seeking review of the Commissioner of Social Security's decision denying Plaintiff's claim for social security benefits.

The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 3, 2015 (Doc. No. 36), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying social security benefits is hereby AFFIRMED. The Clerk is directed to enter judgment accordingly.

3. The Clerk is directed to CLOSE the file.

      **DONE** and **ORDERED** in Orlando, Florida on December 22, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties